IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 08-0274CCC

CARLITO SORIANO-GONZALEZ,
a/k/a Carlos Soriano-González

Defendant

## ORDER

On April 10, 2012, U.S. Magistrate Judge Bruce J. McGiverin held a hearing for defendant Carlito Soriano-González to show cause why the term of supervised release being served by him should not be revoked for his failure to comply with the conditions imposed.  The Magistrate Judge has made a preliminary finding that defendant has violated the terms of his supervised release (**docket entry 44**).   Accordingly, defendant Soriano-González is hereby GRANTED a final term of eleven (11) days after notice to inform whether he will present any further argument or additional evidence on this issue before the Court makes its final ruling.  The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

**The final revocation hearing is set for May 24, 2012 at 4:30 PM**.

At this hearing, probationer will be entitled:

1.      to the disclosure of evidence against him,

2.      to present evidence in his own behalf,

3.      to the opportunity to question witnesses against him, and

4.      to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on April 16, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge